UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**National Union Fire Insurance**
**Company of Pittsburgh, PA,**

       **Plaintiff,**

-V-                                                    **Case No. C-2-03-0160**
                                                           **JUDGE SMITH**
                                                          **Magistrate Judge Kemp**

**Richard O. Wuerth,** *et al.***,**

       **Defendants.**

**ORDER**

      Magistrate Judge Kemp issued an opinion and order on September 15, 2005 (Doc. 70), granting Defendants' Second Motion to Compel (Doc. 56), and ordering Plaintiff National Union to produce the information requested in the underlying discovery requests, subject to certain limitations, within 15 days of the Order. Plaintiff filed Objections to the Magistrate Judge's Opinion and Order on September 28, 2005. Plaintiff also filed a Motion to Stay the Order Compelling Discovery on September 28, 2005.

      The Court has reviewed the Magistrate Judge's Opinion and Order in light of Plaintiff's Objections, and finds that the Magistrate Judge's decision is neither clearly erroneous, nor is it contrary to the law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. 72(a). The Court therefore **AFFIRMS** the Magistrate Judge's September 15, 2005 Opinion and Order. Plaintiff's Motion to Stay the Order pending a ruling on the Objections is therefore moot.

The Clerk shall remove Doc. 71 and Doc. 72 from the Court's pending motions list.

**IT IS SO ORDERED.**

 /s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**